**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MEGHAN HOYER,

        **Plaintiff,**

v.                                **Case No.: 3:18-CV-01415-BJD-JRK**

PRIME COMMUNICATIONS, LP,
a foreign corporation,

        **Defendant.**

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, **MEGHAN HOYER**, by and through her undersigned counsel, files this Notice of Settlement of the above-captioned cause and requests that, pursuant to Local Rule 3.08, this Court should remove this cause from the present trial docket and keep the file open for administrative purposes for the next 60 days for purposes of allowing parties to complete all matters relating to the settlement.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___20th__ day of _ January__ , _ 2021__ , a true and correct copy of the foregoing has been furnished via EM/ECF Filing mail to:

Rishi S. Bagga, Esquire
The Law Office of Rishi Bagga, P.A.
1724 N. Alfaya Trail
Orlando, FL 32826, at the following primary and secondary emails:
**Primary:** **rishi@rsbesq.com**

        **FLORIN ROEBIG, P.A.**

        **WIL H. FLORIN, ESQUIRE**
        Florida Bar No.: 0337234

Primary Email:   WHF@FlorinRoebig.com
Secondary Email:  Lisa@FlorinRoebig.com
**TAYLOR D. ROEBIG, ESQUIRE**
Florida Bar No.: 1002817
Primary Email:    TaylorRoebig@FlorinRoebig.com
Secondary Email:  Scouture@FlorinRoebig.com
**PARKER Y. FLORIN, ESQUIRE**
Florida Bar No.: 0127139
Primary Email:     PFlorin@FlorinRoebig.com
Secondary Email:  Lisa@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorneys for Plaintiff